THE STATE OF TEXAS

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00371-CV

FABIAN A. THOMAS                                                      APPELLANT

V.

DENISE DANIEL                                                          APPELLEE

------------

### FROM THE 431ST DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Defendant's Motion For Non-Suit" filed by appellant, which we construe as a motion to dismiss the appeal under rule 42.1(a)(1). It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: December 15, 2011

---

[1]*See* Tex. R. App. P. 47.4.